UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

| | |
|---|---|
| AJMAN ABOUELELA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>REDLINE RECOVERY SERVICES, LLC,<br><br>Defendant. | **05 CV 1171 (SJF)(RML)**<br><br><br>STIPULATION OF DISMISSAL |

----------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party. The claims of any putative class members are dismissed without prejudice.

_____
Abraham Kleinman (AK-6300)
KATZ & KLEINMAN PLLC
Attorney for the Plaintiff
626 Reckson Plaza
Uniondale, New York 11556-0626
(516) 522-2621

_____
Arthur Sanders  (AS-1210)
Attorney for the defendant
2 Perlman Drive
Spring Valley, New York 10977
(845)-352-7272

SO ORDERED:

_____
U.S.D.J.